THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted November 30, 1953; decided December 3, 1953.

Motion for reargument and for other relief denied at this time, but without prejudice to renewal of this motion or of some other motion following determination by the Westchester County Court of the application made by defendants for a writ of *coram nobis* now pending in that court. [See 303 N. Y. 856; 306 N. Y. 678.]